IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| PAULA F. BAKER, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 3:10CV00254 SWW |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of Social Security | * |
| Administration, | * |
| | * |
| Defendant. | * |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, plaintiff Paula F. Baker's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 12th day of March, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE